Decision Per Curiam.

---

Savannah, Florida and Western Railway Company, Plaintiff in Error, vs. George Houston, Defendant in Error.

Writ of error to Circuit Court, Suwannee county; William A. Hocker, Judge.

*E. K. Foster and B. B. Blackwell,* for Plaintiff in Error.

*F. L. Rees,* for Defendant in Error.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff, and the defendant takes writ of error. Judgment affirmed.

Decision Per Curiam,